# Court of Appeals
# of the State of Georgia

ATLANTA, May 02, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0959. CHRISTOPHER DALRYMPLE v. THE STATE.**

This Court granted the application for interlocutory appeal, filed by Christopher Dalrymple, of the trial court's order denying his motion to suppress. After a thorough consideration of the case, we have determined that the trial court did not err. Accordingly, we conclude that the application for interlocutory appeal was improvidently granted, and we vacate our order granting the application and dismiss the appeal. This case shall be removed from the May 10, 2017 oral argument calendar.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 05/02/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*